**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jimmy Lawrence NANCE,**
**Defendant–Appellant.**

**No. 06–6166.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 22, 2006.

Decided: June 29, 2006.

Jimmy Lawrence Nance, Appellant Pro Se. Thomas Linn Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy Lawrence Nance appeals the district court's order denying his motion for testing of DNA evidence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Nance,* No. 7:92–cr–00135–jct–AL (W.D.Va. Jan. 10, 2006). Nance's motions for appointment of counsel and judgment on the pleadings are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*